**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
JACQUELINE L. SUGARMAN, Nevada State Bar No. 11229
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@luch.com
                 nring@luch.com
                 jsugarman@luch.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>                    Plaintiffs,<br><br>vs.<br><br>A & J CONCRETE, a Nevada corporation; BADGER CONSTRUCTION, a Nevada corporation; CONCRETE SERVICES, INC., a Nevada corporation; HARDY CONSTRUCTION, INC., a Nevada corporation; D. R. HORTON, INC.; a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; TAND, INC., a Nevada corporation,<br><br>                    Defendants. | CASE NO: 2:12-cv-01418-GMN-GWF<br><br>**JUDGMENT** |

Pursuant to this Court's grant of Default Judgment to the Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING

1  ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, against certain named Defendants, **IT
2  IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

3　　　1. Plaintiffs shall recover from each of the following twelve Defendants the following
4  amounts, which include unpaid contributions, liquidated damages, attorney's fees and costs, and
5  prejudgment interest:

| | | | |
|---|---|---|---|
| | a) | **A & J Concrete, Inc.**: | $1,315.20 |
| | b) | **Badger Construction**: | $1,652.58 |

　　　2. Plaintiffs also shall recover from these Defendants, post-judgment interest at the highest rate allowed by law, until such time as the entire amount of the judgment, against each of these Defendants, with any accrued interest is paid to the Plaintiffs.

DATED this 5th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LAQUER, URBAN, CLIFFORD & HODGE, LLP

_____
NATHAN R. RING, Nevada State Bar No. 12078
*Counsel for Plaintiffs*